IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CORDARRYL HALE, #2107022 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19cv858 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The case was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding Petitioner's case should be dismissed without prejudice. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. On April 20, 2020, the Magistrate Judge ordered Petitioner to complete the § 2254 form fully and legibly, and to submit it to the Court within thirty days, but Petitioner failed to timely comply with the Order. (Dkt. # 6). No objections having been timely filed, the Court concludes the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** the petition for writ of habeas corpus (Dkt. # 1) is **DISMISSED** without prejudice. It is further **ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 31st day of July, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE